EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Israel Roldán González | 2016 TSPR 181 <br><br> 196 DPR ____ |

Número del Caso: TS-3560

Fecha: 8 de agosto de 2016

Abogado del Peticionario:

        Lcdo. Harry Padilla Martínez

Materia: Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Israel Roldán González

TS-3560

*RESOLUCIÓN*

En San Juan, Puerto Rico, a 8 de agosto de 2016.

Examinado el *Escrito Informando haber Cumplido Periodo de Suspensión y Solicitando Reinstalación* presentado por el Sr. Israel Roldán González, se reinstala al peticionario al ejercicio de la abogacía.

Se ordena a la Oficina de Inspección de Notarías a que se exprese sobre la solicitud de reinstalación al ejercicio de la notaría del peticionario dentro de un término de diez (10) días.

Notifíquese inmediatamente.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo